UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANDREW DAVID WETZEL                                    CIVIL ACTION

VERSUS                                                 NUMBER: 09-7380

RICHARD A. SWARTZ, ET AL.                              SECTION: "S"(5)

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

**IT IS ORDERED** that plaintiff's §1983 claims against defendants, Judges Swartz, Penzato, Knight, and Hand, Assistant District Attorney Dohre, and Public Defender Brink, be dismissed without prejudice as malicious under 28 U.S.C §1915(e)(2)(B)(i).

It is further ordered that plaintiff's §1983 claims against the remaining defendants be dismissed with prejudice as frivolous and for failing to state a claim upon which relief can be granted under 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 26th day of January, 2010.

UNITED STATES DISTRICT JUDGE